UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PATRICK BURNS,

                                        Plaintiff,

v.                                                      9:02-CV-0165
                                                        (TJM/GHL)

COUNTY OF RENSSELAER, JOHN MAY,
BOB DOE, and JOHN DOE,

                                        Defendants.
_____

APPEARANCES:                                    OF COUNSEL:

PATRICK BURNS, 05-A-1818
Plaintiff *Pro Se*
Groveland Correctional Facility
7000 Sonyea Road
Fishkill, New York 12524-0445

AINSWORTH, SULLIVAN, TRACY, KNAUF,              MARIA C. TEBANO, ESQ.
   WARNER and RUSLANDER, P.C.
Attorneys for Defendants
403 New Karner Road
P.O. Box 12849
Albany, New York 12212-2849

GEORGE H. LOWE, United States Magistrate Judge

## **ORDER**

    By Order dated July 20, 2005, I addressed certain discovery issues.  Dkt No. 54.  As

directed, the Defendants produced materials responsive to request "1-C."  Dkt. No. 58.  Plaintiff

contends that not all responsive materials were produced.  Dkt. No. 62.  Apparently one

responsive document was inadvertently omitted, but subsequently was produced.  Otherwise

defense counsel asserts that "the Defendants have fully and completely responded."  Dkt. No. 63.

I accept this representation, made by an officer of the Court.

With respect to request "1-M," Plaintiff and defense counsel have responded to the direction in the July 20, 2005 Order concerning the relevancy of this request.  Dkt. Nos. 56 and 57.  I find that this request is overly broad, that it would be burdensome for the Defendants to comply, that there are significant concerns with respect to the privacy of inmates who are not parties to this action, and that the relevancy, if any, is *de minimus*.

With respect to request "1-O," I direct the Defendants, **on or before November 2, 2005**, to provide Plaintiff with the name and address of the physician assigned during February, 2000.

**WHEREFORE**, it is hereby

**ORDERED**, that Plaintiff's request for further compliance by Defendants with requests "2-C" and "1-M" is **DENIED**; and it is further

**ORDERED**, that **on or before November 2, 2005**, Defendants are to provide Plaintiff with the name and address of the physician assigned during February, 2000; and it is further

**ORDERED**, that a telephone status conference will be held promptly after final resolution of the appeal presently before the Second Circuit Court of Appeals.

Dated: October 20, 2005
     Syracuse, New York

George H. Lowe
United States Magistrate Judge